ALEXANDER E. WOLF (SBN 299775)
awolf@milberg.com
JOHN J. NELSON (SBN 317598)
jnelson@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872.365.7060

KRISTEN LAKE CARDOSO (SBN 338762)
cardoso@kolawyers.com
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954.332.4200

*Attorneys for plaintiff Alejandro Flores*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>Defendant. | Case No. 2:24-cv-05454-ODW-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Alejandro Flores ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties are responsible for their own fees and costs. Defendant Allegiant Travel Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed without an Order of the Court.

DATED: January 21, 2025         MILBERG COLEMAN BRYSON PHILLIPS
                                GROSSMAN, PLLC


                                By:  /s/ Alexander E. Wolf
                                     Alexander E. Wolf
                                     John J. Nelson

                                     Attorneys for Plaintiff